228

In re: Derrick Alexander
ADAMS, Petitioner.

No. 10–2262.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 15, 2011.

Decided: April 1, 2011.

Derrick Alexander Adams, Petitioner
Pro Se.

Before WILKINSON and AGEE,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Derrick Alexander Adams petitions for a
writ of mandamus, alleging the district
court has unduly delayed acting on his
"Motion to Clarify and/or for Amend Mis-
take in Judgment." He seeks an order
from this court directing the district court
to act. Our review of the district court's
docket reveals that the district court dis-
missed the motion on February 2, 2011,
2011 WL 381562. Accordingly, we deny
the mandamus petition as moot. We grant
leave to proceed in forma pauperis and
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court

and argument would not aid the decisional
process.

*PETITION DENIED.*